United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40902
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

VALENTINE HERNANDEZ-HERNANDEZ,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-03-CR-189-1
---------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

     Valentine Hernandez-Hernandez (Hernandez) appeals his

sentence following his guilty-plea conviction for illegal reentry

into the United States following deportation, in violation of 8

U.S.C. § 1326.  Hernandez challenges a condition of supervised

release set forth in the written judgment that prohibits him from

possessing "any other dangerous weapon."  Hernandez argues that

this provision must be deleted from the written judgment because

the district court did not mention the condition when it orally

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

pronounced sentence.  We find no error in the written judgment.

See United States v. Torres-Aguilar, 352 F.3d 934, 937-38 (5th

Cir. 2003).

AFFIRMED.